THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* EDWARD HOSSA *et al.*, Defendants-Appellees.

(Nos. 59952-5 cons.;

First District (4th Division)—December 20, 1974.

Opinion by Mr. JUSTICE JOHNSON.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Barry Rand Elden, Assistant State's Attorneys, of counsel), for the People.

No appearance for appellees.